UNITED STATES DISTRICT COURT
RECEIVED
USDC CLERK. CHARLESTON. SC
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION  2005 OCT 13  P 1: 24

| | |
|---|---|
| Ashley Allen Blitch, #3066590, ) | |
| ) | Civil Action No. 9:05-1639-SB |
| Plaintiff, ) | |
| ) | |
| -vs- ) | **O R D E R** |
| ) | |
| Deanna Blitch, ) | |
| ) | |
| Defendant. ) | |



This matter is before the Court on the pro se Plaintiff's action against his estranged wife. The Plaintiff mailed a packet of materials to the Honorable David C. Norton of this Court and to the Federal Secret Service, implicating his estranged wife in federal counterfeiting activity for which the Plaintiff himself was convicted. See Criminal No. 2:01-CR-0686-DCN. Seeing no indication that the packet of materials was intended to be filed in the Plaintiff's criminal action, Judge Norton ordered the materials to be opened as a new civil action, and by local rule the matter was referred to United States Magistrate Judge George C. Kosko for preliminary review.

On June 15, 2005, the Magistrate Judge issued a report recommending that this action be dismissed without prejudice. Specifically, the Magistrate Judge found that this Court had no jurisdiction over the action. Attached to the report and recommendation was a notice giving the Plaintiff ten days in which to file specific, written objections. To date, no such objections have been filed.

Absent a timely objection from a dissatisfied party, a district court is not

required to review, under a de novo or any other standard, a magistrate judge's factual or legal conclusions. Thomas v. Arn, 474 U.S. 140, 150 (1985); Wells v. Shriner's Hosp., 109 F.3d 198, 201 (4th Cir. 1997). Here, since no objections were filed, there are no portions of the report and recommendation to which a de novo review must be conducted. Accordingly, the Magistrate Judge's report and recommendation is hereby adopted as the Order of this Court, and it is

ORDERED that this action is dismissed without prejudice and without issuance and service of process.

IT IS FURTHER ORDERED that the packet of materials sent to the Court be returned to the Plaintiff.

**IT IS SO ORDERED.**

Sol Blatt, Jr.
Senior United States District Judge

October 13, 2005
Charleston, S.C.